UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DYLAN ROUTH,

            Plaintiff,

vs.

UNIVERSITY OF ROCHESTER and
SARAH HULBERT,

            Defendants.

**NOTICE OF MOTION**

6:11-CV-6606-CJS

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jeffrey Wicks, Esq., the exhibits annexed thereto, as well as all the pleadings and proceedings heretofore had in this matter, the undersigned will move this Court, at a date and time to be determined by the Court, at the United States Courthouse, 100 State St., Rochester, New York, for an Order granting leave for the plaintiff to file an Amended Complaint, pursuant to F.R.C.P. Rule 15(a)(2), as well as granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that the plaintiff intends to file reply papers.

Dated: May 16, 2013

                                                                      s/Jeffrey Wicks

                                                Jeffrey Wicks, PLLC
                                                Attorney and Counselor at Law
                                                Attorney for Plaintiffs
                                                36 West Main Street, Suite 101
                                                Rochester, New York 14614
                                                Tel: 585.325.6070
                                                Fax: 585.325.6082
                                                Email: wickslaw@rochester.rr.com

TO: Harold A. Kurland, Esq.
*Attorney for Defendant University of Rochester*
300 State St., Suite 600
Rochester, New York 14614

Paul L. Leclair, Esq.
*Attorney for Defendant Sarah Hulbert*
150 State St., Suite 300
Rochester, New York 14614