UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DYLAN ROUTH,

        Plaintiff,                     **NOTICE OF**
                                                   **DISMISSAL**

vs.

                                                   6:11-CV-6066-CJS

SARAH HULBERT,

        Defendant.
_____

      **PLEASE TAKE NOTICE** that the plaintiff, Dylan Routh, by his attorney, Jeffrey Wicks, PLLC, hereby voluntarily dismisses this action, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Dated: July 6, 2015

                                                   _____
                                                   JEFFREY WICKS, PLLC
                                                   Charles D. Steinman, Esq., of Counsel
                                                   *Attorney for Plaintiff*
                                                   36 West Main Street, Suite 101
                                                   Rochester, New York 14614
                                                   Tel: 585.325.6070
                                                   Fax: (585) 325-6082
                                                   e-mail: csteinman@wickslaw.net